UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILSON JOSE BRITO HIDALGO,

                                         Case No. 25-cv-13588
            Petitioner,            Honorable Linda V. Parker

v.

KEVIN RAYCRAFT, Immigration and Customs
Enforcement, Director of Detroit Field Office,
Enforcement and Removal, KRISTI NOEM,
Secretary of the U.S. Department of Homeland
Security, U.S. DEPARTMENT OF HOMELAND
SECURITY, and PAMELA BONDI, U.S. Attorney
General,

            Respondents.
_____/

## **ORDER FOR RESPONDENTS TO SHOW CAUSE**

Petitioner Wilson Jose Brito Hidalgo initiated this habeas corpus action

pursuant to 28 U.S.C. § 2241, claiming that he is being unlawful detained by

immigration officials.  On December 3, 2025, this Court issued a decision finding

Petitioner's detention unlawful.  (ECF No. 10.)  The Court ordered Respondents to

afford Petitioner a bond hearing by 5:00 p.m. on December 10, 2025, or release

him.  (*Id.* at PageID.209.)  Respondents did not comply with the order, claiming a

final order of removal had since issued and, therefore, Petitioner was subject to

mandatory detention.  (*See* ECF No. 16.)  That subsequently changed, however,

and so a bond hearing was scheduled for Petitioner at 8:30 a.m. on January 6, 2026.  (*See* ECF No. 18.)  At the hearing, Petitioner was ordered released on a $1,500 bond and the bond was paid the following day.  (ECF No. 19-1 at PageID.333; ECF No. 19-2 at PageID.336.)  It does not appear, however, that Respondents have released Petitioner.

Accordingly,

**IT IS ORDERED** that Respondents shall show cause in writing on or before 5:00 p.m. on January 9, 2026, as to why Petitioner has not been released in accordance with this Court's order and the order of the immigration court.

s/ Linda V. Parker
LINDA  V. PARKER
U.S. DISTRICT JUDGE

Dated: January 8, 2026

2